Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary Day.

**From: The District Court of the 13ᵗʰ Judicial District.
County of Yellowstone.**

**STATE OF MONTANA,**
**Plaintiff,**                                                    **No. DC-03-89**
**vs.**                                                                **Decision**
**TAMMY JO SUE HIGHPINE,**
**Defendant,**

On May 8, 2003, the defendant was sentenced to a thirteen (13) month commitment to the Department of Corrections, followed by five (5) years probation, for the offense of DUI, a felony.

On September 26, 2003, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Carl DeBelly. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District

Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed, and remanded to district court for purposes of applying the credit mandated by *State v. Fisher*.

Done in open Court this 26th day of September, 2003.

DATED this 15th day of October, 2003.

Chairperson, Hon. Katherine R. Curtis, Member, Hon. Marc G. Buyske and Member, Hon. Gary Day.